IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **STEVEN MATTHEW MONGER,** | CIV-S-07-1353 GEB DAD P |
| Plaintiff, | **ORDER** |
| v. | |
| **TILTON, et al.,** | |
| Defendants. | |

Defendants have requested an extension of time to file a response to plaintiff's complaint. Good cause having been shown, Defendants are granted an additional thirty-one days, to and including February 4, 2008, within which to file their responsive pleading to the complaint in this action.

DATED: January 2, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/mong1353.36

1