IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **STEVEN MATTHEW MONGER,** | CIV-S-07-1353 GEB DAD P |
| Plaintiff, | **ORDER** |
| v. | |
| **TILTON, et al.,** | |
| Defendants. | |

Defendants have requested a one-week extension of time to respond to plaintiff's complaint. Good cause having been shown, Defendants are granted an additional week, to and including February 11, 2008, within which to file their responsive pleading to the complaint in this action.

DATED: February 1, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/mong1353.36(2)