IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN MATTHEW MONGER,

        Plaintiff,                  No. CIV S-07-1353 GEB DAD P

   vs.

JAMES TILTON, et al.,

        Defendants.         ORDER

_____ /

        Plaintiff has requested an extension of time to file an opposition to defendants' motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's March 12, 2008 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendants' motion to dismiss.

DATED: March 24, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:bb
mong1353.36opp