IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN MATTHEW MONGER

        Plaintiff,                      No. CIV S-07-1353 GEB DAD P

    vs.

JAMES E. TILTON, et al.,

        Defendants.              ORDER

/

        Plaintiff has requested a second extension of time to file an opposition to defendants' motion to dismiss. Good cause appearing, plaintiff's request will be granted in part. Plaintiff will be granted thirty days from the date of this order in which to file an opposition to defendants' motion to dismiss. No further extension of time will be granted.

        Plaintiff has also requested appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the district court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).

/////

1

The test for exceptional circumstances requires the court to evaluate the plaintiff's likelihood of success on the merits and the ability of the plaintiff to articulate his claims pro se in light of the complexity of the legal issues involved. See <u>Wilborn v. Escalderon</u>, 789 F.2d 1328, 1331 (9th Cir. 1986); <u>Weygandt v. Look</u>, 718 F.2d 952, 954 (9th Cir. 1983). Circumstances common to most prisoners, such as lack of legal education and limited law library access, do not establish exceptional circumstances that would warrant a request for voluntary assistance of counsel. In the present case, the court does not find the required exceptional circumstances.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's April 18, 2008 motion for an extension of time is granted in part;

2. Plaintiff is granted thirty days from the date of this order in which to file an opposition to defendants' motion to dismiss. No further extension of time will be granted for this purpose. Any reply shall be filed and served in accordance with Local Rule 78-230(m); and

3. Plaintiff's April 18, 2008 motion for appointment of counsel is denied.

DATED: April 25, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:ja
mong1353.36opp(2)