IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN MONGER,

        Plaintiff,                      No. CIV S-07-1353 GEB DAD P

    vs.

JAMES E. TILTON, et al.,

        Defendants.           ORDER

_____/

        On February 8, 2008, defendants filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b). Although the court has granted plaintiff two extensions of time, plaintiff still has not opposed the motion.[1]

        Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On October 25, 2007, plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

---

[1] If plaintiff no longer wishes to proceed with this matter, he should file a request to dismiss this action without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

1

1  Local Rule 11-110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."  In the order filed October 25, 2007, plaintiff was advised that failure to comply with the Local Rules may result in a recommendation that the action be dismissed.

Accordingly, IT IS HEREBY ORDERED that, within fifteen days of the date of this order, plaintiff shall file an opposition, if any, to defendants' motion to dismiss.  Failure to file an opposition will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

DATED: June 18, 2008.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
mong1353.46