IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN MONGER,

        Plaintiff,                  No. CIV S-07-1353 GEB DAD P

   vs.

JAMES E. TILTON, et al.,

        Defendants.        <u>ORDER</u>

        On June 18, 2008, this court issued an order to show cause, requiring plaintiff to file and serve an opposition, if any, to defendants' February 8, 2008 motion to dismiss. On July 9, 2008, plaintiff filed an opposition to defendants' motion. Good cause appearing, the court will discharge the order to show cause, and plaintiff's opposition to defendants' motion to dismiss will be deemed timely.

        On July 11, 2008, defendants filed a request for an extension of time to file a reply to plaintiff's opposition. Good cause appearing, defendants' request will be granted.

        Accordingly, IT IS HEREBY ORDERED that:

        1. This court's June 18, 2008 order to show cause is discharged;

        2. Plaintiff's July 9, 2008 opposition to defendants' motion to dismiss is deemed timely;

1         3.  Defendants' July 11, 2008 request for an extension of time is granted; and

2         4.  Defendants shall file a reply on or before July 24, 2008.

3   DATED: July 17, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7   DAD:9
    mong1353.dch