IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN MATTHEW MONGER,

      Plaintiff,                      2:07-cv-1353-GEB-DAD-P

    vs.

JAMES E. TILTON, et al.,

      Defendants.                <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 18, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fifteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed August 18, 2008, are adopted in full; and

2. Defendants' February 8, 2008 motion to dismiss (Doc. No. 18) is denied.

Dated: September 25, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge