# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

STEVEN MATTHEW MONGER,

   Plaintiff,      No. 2:07-CV-01353-RLH-VPC

 vs.

JAMES E. TILTON, et al.,

   Defendants.    **ORDER & WRIT OF HABEAS CORPUS**
_____ /  **AD TESTIFICANDUM**

  Steven Matthew Monger, inmate # E-58948, a necessary and material witness in proceedings in this case on March 4, 2009, is confined in the California State Prison, P.O. Box 4000, Vacaville, CA 95696, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Valerie P. Cooke, to appear telephonically at the California State Prison, on Tuesday, March 17, 2009 at 11:00 a.m.

  ACCORDINGLY, IT IS ORDERED that:

  1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephone before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

  2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, California State Prison, P.O. Box 4000, Vacaville, CA 95696:**

  **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephone, until completion of the proceedings or as ordered by the court.

  **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: March 4, 2009

                 _____
                 VALERIE P. COOKE
                 UNITED STATES MAGISTRATE JUDGE