IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **STEVEN MATTHEW MONGER,** | CIV-S-07-1353 RLH VPC |
| Plaintiff, | **ORDER ON REQUEST FOR EXTENSION OF TIME TO FILE REPLY** |
| v. | |
| **TILTON, et al.,** | |
| Defendants. | |

Good cause having been shown, Defendants are granted a ten-day extension, to and including December 11, 2009, within which to file their reply to Plaintiff's opposition to Defendants' Motion for Summary Judgment.

DATED: December 8, 2009

_____
UNITED STATES JUDGE

1

[Proposed] Order on Request for Extension of Time to File Reply  (CIV-S-07-1353 RLH VPC)

**DECLARATION OF SERVICE BY U.S. MAIL**

**Case Name:** *Monger v. Tilton, et al.*
**No.:**   CIV-S-07-1353 RLH VPC

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **December 4, 2009**, I served the attached **[PROPOSED] ORDER ON REQUEST FOR EXTENSION OF TIME TO FILE REPLY** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Steven Monger - E-58948
California State Prison, Solano
P.O. Box 4000
Vacaville, CA  95696-4000

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **December 4, 2009**, at Sacramento, California.

| D. Kulczyk | /s/ D. Kulczyk |
|---|---|
| Declarant | Signature |